# UNITED STATES BANKRUPTCY COURT
## Southern District of California

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | **Debtor** | | (if known) |
| | | Chapter | 11 |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $27,975,000.00 | | |
| B - Personal Property | Yes | 5 | $966,778.64 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $12,755,722.60 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $1,941,410.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H – Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | 0.00 |
| TOTAL | | 26 | $28,941,778.64 | $14697132.93 | |

In Re: _____ Premier Golf Properties, LP _____    Case No. _____ 11-07388-PB11 _____

**Debtor**    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3121 Willow Glen Drive, Rancho San Diego, County of San Diego, California 92019 APN 506-020-52-00 | Fee simple | | $27,975,000 | $11,772,419 |
| | | Total | $27,975,000.00 | |

Official Form 6B (12/07)

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | Debtor | | (if known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | | | |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Union Bank Account - 7573<br>Union Bank Account - 5445<br>Union Bank Account - 5452 | | $659.09<br>$1,008.10<br>$29,175.32 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Official Form 6B (12/07)

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | **Debtor** | | (if known) |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Official Form 6 - B 12/07

In Re: _____ Premier Golf Properties, LP _____    Case No. _____ 11-07388-PB11 _____

**Debtor**                                                                                     (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Premier Golf Property Management, Inc., a California corporation | | $73,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | John Campion<br>Cottonwood Men's Club<br>Ray Cox<br>Le Tip | | $402.50<br>$13,759.14<br>$2,678.58<br>$209.79 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | P. Taylor Judgment | | $139,500 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Official Form 6B (12/07)

In Re: _____Premier Golf Properties, LP_____       Case No. _____11-07388-PB11_____
                                    **Debtor**                                                                                                (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | | Premier Golf Properties, L.P. v. Yamaha Motor Corporation U.S.A.; Yamaha Golf-Car Company Yamaha Motor Manufacturing Corporation of America | | $500,000 |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations contain-ing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor pri-marily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture | | $2,604.56 |

In Re: _____ Premier Golf Properties, LP _____   Case No. _____ 11-07388-PB11 _____

**Debtor**   (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 Fairway Mowers<br>4 Lawn Mowers<br>3 Line Trimmers<br>Irrigation Equipment<br>Sump pump | | $12,000.00<br>$4,892.00<br>$1,015.04<br>$10,639.02<br>$7,443.25 |
| 30. Inventory and Equipment in General Continued | | 2 Refrigerators<br>Other Equipment in General<br>Launge Chairs<br>6ft Tables<br>Kitchen and Restaurant Equipment | | $1,959.37<br>$1,701.87<br>$792.00<br>$543.64<br>$19,500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Pavilion<br>300 Pavilion Chairs<br>50 Pavilion Tables<br>Annex to Pavilion Structure<br>Driving Range Personal Property | | $42,000.00<br>$6,480.00<br>$3,712.00<br>$32,600.00<br>$58,503.37 |
| | | | Total | $966,778.64 |

**B6C** (Official Form 6C) (04/07)

In Re:        Premier Golf Properties, LP      Case No.       11-07388-PB11

                          **Debtor**                                   (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   Check if debtor claims a homestead exemption that exceeds $146,450.*

☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | | |

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number:<br><br>San Diego County Treasurer Tax Collector<br>P.O. Box 129009<br>San Diego, CA 92112 | | | 04/2011<br>Real Estate Taxes<br><br><br>VALUE $     27,975,000 | | X | | $859,079.48 | $0.00 |
| Account Number: 0458<br><br>Far East National Bank<br>350 S Grand Ave Fl 41st<br>Los Angeles, CA 90071 | | | 12/28/2007<br>First Deed of Trust<br><br><br>VALUE $     27,975,000 | | X | | $11,061,000.00 | $0.00 |
| Account Number: 0296<br><br>8332 Case Street Investment, LLC<br>8332 Case Street<br>La Mesa, CA 91941 | | | 12/31/2008<br>Deed of Trust<br><br><br>VALUE $     27,975,000 | | X | | $685,646.81 | $0.00 |
| | | | Subtotal<br>(Total of this page) | | | | $12,605,726.29 | $0.00 |
| | | | Total<br>(Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

  <u>1</u>   continuation sheets attached

Official Form 6D - 12/07

In Re: _____Premier Golf Properties, LP_____      Case No. _____11-07388-PB11_____

**Debtor**                                                                                (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number:<br><br>Ace Coolers, Inc.<br>7852 Raytheon Road<br>San Diego, CA 92111 | | | 5/19/2010<br>1 - Hoshizaki ice machine<br>1 - B-900 ice bin<br><br>VALUE $        8,589 | | X | | $8,589.00 | $0.00 |
| Account Number:<br><br>Yamaha Motor Corporation USA<br>c/o Armen Hairapetian<br>70 South Lake Avenue, Suite 1000<br>Pasadena CA 91101 | | | 04/01/2011<br>160 Yamaha YDRE golf carts<br>2 Yamaha G23 utility vehicles<br>2 Yamaha loaner vehicles<br><br>VALUE $        229,600 | | | X | $141,407.31 | $0.00 |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| | | | Subtotal<br>(Total of this page) | | | | $149,996.31 | $0.00 |
| | | | Total<br>(Use only on last page) | | | | $12,781,494.85 | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitires holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In Re:                    Premier Golf Properties, LP                    Case No.                    11-07388-PB11
                                      **Debtor**                                                              (if known)

 

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

* Amounts are subject to adjustment on 04/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

 

 

 

 

 

<u>   0   </u>   continuation sheets attached

In Re: _____Premier Golf Properties, LP_____    Case No. _____11-07388-PB11_____

                  **Debtor**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 1023<br>AA Equipmnet<br>1830 W Mission Road<br>Escondido, CA 92029 | | | 11/2010 | | X | | $452.92 |
| Account Number:<br>ADP<br>PO Box 78415<br>Phoenix AZ 85062 | | | 02/2011 | | X | | $477.42 |
| Account Number: 2361<br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | 04/2011 | | X | | $1,127.86 |
| Account Number: A821<br>Airgas West<br>P.O. Box 7423<br>Pasadena CA 91109-7423 | | | 04/2011 | | X | | $403.79 |

|  | Subtotal | $2,461.99 |
|---|---|---|

__9__ continuation sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07)

In Re: _____ Premier Golf Properties, LP _____   Case No. _____ 11-07388-PB11 _____

**Debtor** _____   (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 0148 Allied Waste Services PO Box 78829 Phoenix, AZ 85062-8829 | | | 11/2010 | | X | | $452.42 |
| Account Number: 8726 Amerigas PO Box 78829 Pasadena CA 91109-7155 | | | 04/2011 | | X | | $3,082.99 |
| Account Number: 0607 Anheuser Busch PO Box 80758 San Diego CA 92138 | | | 04/2011 | | X | | $1,994.15 |
| Account Number: B & B Food Service Distribution Co 735 15th Street San Diego CA 92101 | | | 04/2011 | | X | | $520.40 |
| Account Number: 0118 Bette & Court Golf P.O. Box 1036 Charlotte NC 28201-1036 | | | 01/2011 | | X | | $870.00 |
| Account Number: Bevinco, Inc. 14664 Via Fiesta #1 San Diego CA 92127 | | | 01/2011 | | X | | $500.00 |
| Account Number: Bocks Awards Incorporated 9285 Chesapeake Dr San Diego CA 92123 | | | 02/2011 | | X | | $353.67 |

|  |  |
|---|---|
| Subtotal | $7,773.63 |
| Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ Premier Golf Properties, LP _____    Case No. _____ 11-07388-PB11 _____

|  | **Debtor** |  |  | (if known) |

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 2629<br>Bridgeston Golf Inc<br>PO Box 2908<br>Carol Stream IL 60132-2908 |  |  | 04/2011 |  | X |  | $305.40 |
| Account Number:<br>California Baking Co<br>3916 Riley St<br>San Diego CA 92110 |  |  | 04/2011 |  | X |  | $404.54 |
| Account Number: 0788<br>Callaway Golf<br>PO Box 9002<br>Carlsbad CA 92018 |  |  | 02/2011 |  | X |  | $1,173.37 |
| Account Number: TW00<br>Cart Mart Inc<br>237 South Bent Ave<br>San Marcos CA 92075 |  |  | 01/2011 |  | X |  | $150.80 |
| Account Number:<br>Christine Brewer<br>c/o Mark Brisebois<br>2488 Historic Decatur Rd Ste 200<br>San Diego CA 92106 |  |  | 04/2011 |  | X |  | $50,000.00 |
| Account Number: 3865<br>Crest Beverage LLC<br>Dept 8536<br>Los Angeles CA 90084-8536 |  |  | 04/2011 |  | X |  | $3,308.65 |
| Account Number: 0T02<br>DM Color Express<br>PO Box 220<br>San Juan Capistrano CA 92693 |  |  | 01/2011 |  | X |  | $195.75 |

Subtotal $55,538.51

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. _2_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ Premier Golf Properties, LP _____    Case No. _____ 11-07388-PB11 _____

| Debtor | | | | | | | (if known) | |

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: <br> Edgwood Distributors & Management, Inc. <br> 10415 Fuerte Dr <br> La Mesa, CA 91941 | | | 12/2009 | | X | | $1,109,961.00 |
| Account Number: 1420 <br> EnviroMine Inc <br> 3511 Camino Del Rio South Suite 403 <br> San Diego CA 92108 | | | 01/2011 | | X | | $1,665.90 |
| Account Number: <br> Events with Pizazz! <br> 1120 Washington Heights Place <br> El Cajon CA 92019 | | | 01/2011 | | X | | $5,882.52 |
| Account Number: C0T2 <br> Frontier Performance Lubricants <br> PO Box 1777 <br> Lodi CA 95241 | | | 01/2011 | | X | | $1,094.61 |
| Account Number: <br> GSWS.com <br> PO Box 19158 <br> San Diego, CA 92159 | | | 04/2011 | | X | | $535.00 |
| Account Number: 3808 <br> Gear For Sports <br> 12193 Collection Center Dr <br> Chicago IL 60693 | | | 01/2011 | | X | | $1,006.17 |
| Account Number: 0330 <br> Globalcom Inc <br> PO Box 71-5248 <br> Columbus Ohio 43271-5248 | | | 04/2011 | | X | | $82.68 |

|  | Subtotal | $1,120,227.88 |
|---|---|---|
|  | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |  |

In Re: _____Premier Golf Properties, LP_____   Case No. _____11-07388-PB11_____
                              **Debtor**                                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br><br>Golf South West<br>1934 E. Luke St<br>Phoenix AZ 85016 | | | 01/2011 | | X | | $706.00 |
| Account Number: 1178<br><br>Hague Quality Water<br>PO Box 1659<br>Vista CA 92085 | | | 01/2011 | | X | | $414.96 |
| Account Number: 8302<br><br>Hornung's<br>PO Box 1078<br>Fond du Lac WI 54936-1078 | | | 03/2011 | | X | | $411.35 |
| Account Number:<br><br>John Graves<br>c/o Geroge L de la Flor<br>8355 La Mesa Blvd<br>La Mesa CA 91941 | | | 02/2011 | | X | | $9,000.00 |
| Account Number:<br><br>Karl Strauss Breweries<br>5985 Santa Fe Street<br>San Diego CA 92109 | | | 04/2011 | | X | | $410.00 |
| Account Number: 5-001<br><br>LEAF<br>PO Box 644006<br>Cincinnati Ohio 45264-4006 | | | 01/2011 | | X | | $109.38 |
| Account Number: 9687<br><br>Nike USA<br>PO Box 847648<br>Dallas TX 75284-7648 | | | 01/2011 | | X | | $1,990.55 |
| | | | | | | Subtotal | $13,042.24 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. __4__ of __9__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

In Re: _____Premier Golf Properties, LP_____    Case No. _____11-07388-PB11_____

Debtor    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 40-08<br><br>Otay Water District<br>PO Box 51375<br>Los Angeles CA 90051-5675 | | | 04/2011 | | X | | $1,116.99 |
| Account Number: 40-06<br><br>Otay Water District<br>PO Box 51375<br>Los Angeles CA 90051-5675 | | | 04/2011 | | X | | $4,214.40 |
| Account Number: 21-07<br><br>Otay Water District<br>PO Box 51375<br>Los Angeles CA 90051-5675 | | | 04/2011 | | X | | $2,118.60 |
| Account Number: 40-00<br><br>Otay Water District<br>PO Box 51375<br>Los Angeles CA 90051-5675 | | | 04/2011 | | X | | $1,885.84 |
| Account Number: 0001<br><br>Pacific Lawn Mower Works<br>5831 El Cajon Blvd<br>San Diego CA 92115 | | | 01/2011 | | X | | $6,905.10 |
| Account Number:<br><br>Patrick O'Connor<br>5465 Grossmont Center Dr 3 FLR<br>La Mesa CA 91942 | | | 04/2011 | | X | | $80,000.00 |
| Account Number:<br><br>Pennysaver<br>PO Box 8900<br>Brea CA 92822 | | | 04/2011 | | X | | $298.99 |

Subtotal    $96,539.92

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

In Re: _____ Premier Golf Properties, LP _____  Case No. _____ 11-07388-PB11 _____

**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 0976<br>Pitney Bowes Postage By Phone<br>PO Box 856042<br>Louisville KY 40285-6042 | | | 04/2011 | | X | | $599.76 |
| Account Number:<br>Postal Annes #241<br>2514 Jamacha Rd #502<br>El Cajon CA 92019 | | | 02/2011 | | X | | $126.16 |
| Account Number: 3423<br>Premium Financing Specialists<br>PO Box 100391<br>Pasadena CA 91189-0391 | | | 01/2011 | | X | | $176.42 |
| Account Number:<br>Putt 4 Dough<br>6762 Renkrib Ave.<br>San Diego CA 92119 | | | 01/2011 | | X | | $37.45 |
| Account Number:<br>RH Rodriguez Inc<br>395 Galloway Valley Rd<br>Alpine CA 91901 | | | 12/31/2009 | | X | | $612,056.00 |
| Account Number:<br>Raphael's Party Supplies Inc<br>8606 Miramar Rd<br>San Diego CA 92126 | | | 01/2011 | | X | | $670.60 |
| Account Number: 34-01<br>SCGA<br>PO Box 7186<br>N Hollywood CA 91645-0186 | | | 04/2011 | | X | | $300.00 |

|  | Subtotal | $613,966.39 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. _6_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

In Re: _____Premier Golf Properties, LP_____   Case No. _____11-07388-PB11_____

**Debtor**   (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: T121<br><br>San Diego Candel Inc<br>6762 Renkrib Ave<br>San Diego CA 92119 | | | 01/2011 | | X | | $898.16 |
| Account Number:<br><br>San Diego Copiers & Office Products<br>9173 Chesapeake Dr<br>San Diego CA 92019 | | | 01/2011 | | X | | $315.60 |
| Account Number:<br><br>San Diego Reader<br>PO Box 85803<br>San Diego CA 92186 | | | 01/2011 | | X | | $657.00 |
| Account Number: 0146<br><br>Seal Electirc Inc<br>1162 Greenfield Dr<br>El Cajon CA 92021 | | | 01/2011 | | X | | $7,191.45 |
| Account Number: 3254<br><br>Sprint<br>PO Box 4181<br>Carol Stream IL 60197 | | | 04/2011 | | X | | $62.54 |
| Account Number: 1185<br><br>State Water Resources Control Board<br>PO Box 1888<br>Sacramento CA 95812-1888 | | | 01/2010 | | X | | $3,168.00 |
| Account Number: 1387<br><br>Tarantino Wholesale Foods<br>2707 Boston Ave.,<br>San Diego, CA 92113 | | | 03/2011 | | X | | $202.53 |

Subtotal $12,495.28

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. _7_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

In Re:    Premier Golf Properties, LP    Case No.    11-07388-PB11
          Debtor                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Terry Lembcke<br>c/o Michael M. Freeland, Esq.<br>5575 Lake Park Way, Suite 104<br>La Mesa, CA 91942 | | | 04/2011 | | X | | $1,562.50 |
| Account Number:<br>Tolson Computer Solutions<br>10327 Fasano Dr Suite 2001<br>Lakeside CA 92040 | | | 03/2011 | | X | | $150.00 |
| Account Number: 2871<br>Tri-City Linen - Banquet<br>PO Box 60430<br>Los Angeles CA 90060-0430 | | | 03/2011 | | X | | $3,229.62 |
| Account Number: 2870<br>Tri-City Linen - Kitchen<br>PO Box 60430<br>Los Angeles CA 90060-0430 | | | 04/201 | | X | | $1,229.14 |
| Account Number: 4321<br>US Foodservice<br>PO Box 1749<br>Vista CA 92085 | | | 04/2011 | | X | | $8,692.12 |
| Account Number:<br>United Site Services<br>3408 Hillcap Ave<br>San Jose CA 95136 | | | 01/2011 | | X | | $59.13 |
| Account Number: R557<br>Watchlight Corp<br>111 S Marshall Ave<br>El Cajon CA 92020 | | | 03/2011 | | X | | $130.00 |
| | | | | | | Subtotal | $15,052.51 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Official Form 6F (12/07)

In Re: _____ Premier Golf Properties, LP _____          Case No. _____ 11-07388-PB11 _____

**Debtor**                                                                (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 0381<br><br>Westwind Printing Services<br>PO Box 1617<br>Bonita, CA 91908 | | | 01/2011 | | X | | $174.58 |
| Account Number:<br><br>Yamaha Golf Car Co<br>PO Box 65222<br>Charlotte NC 28265 | | | 01/2011 | | | X | $330.97 |
| Account Number: 4719<br><br>Young's Market Company<br>PO Box 30145<br>Los Angeles, CA 90030-0145 | | | 04/2011 | | X | | $1,747.01 |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |

|  | Subtotal | $2,252.56 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $1,941,410.33 |

Sheet no. __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| GSXS.com<br>PO Box 19158<br>San Diego, CA 92159 | Email and Website Services |
| San Diego Copier & Office Products<br>9173 Chesapcake Drive<br>San Diego, CA 92123 | Copier Maintenance Agreement |
| Ace Coolers, Inc.<br>7852 Raytheon Road<br>San Diego, CA 92111 | 40-Month Ice Machine Lease |

In Re: _____ Premier Golf Properties, LP _____    Case No. _____ 11-07388-PB11 _____

**Debtor**                                                                                (if known)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Premier Golf Property Management, Inc.<br>3121 Willow Glen Drive<br>El Cajon, CA 92019 | Oral Management Contract<br>3 Percent of Gross Receipts payable monthly |

Official Form 6H (12/07)

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Henry Gamboa<br>8332 Case Street<br>Las Mesa, CA 91942 | Far East National Bank<br>350 S Grand Ave Fl 41st<br>Los Angeles, CA 90071 |

In Re: _____ Premier Golf Properties, LP _____   Case No. _____ 11-07388-PB11 _____

    **Debtor**                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.


_____                           _____
        Date                                                                **Signature of Debtor**


_____                           _____
        Date                                                              **Signature of Joint Debtor**

                                    * * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.


_____          _____
 Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*


_____

 Address

X_____          _____
 Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*   11 U.S.C. § 110; 18 U.S.C. § 156.


                                    * * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, an authorized agent of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of 27 sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.


_____05/16/2011_____                        **/s/ Daryl C. Idler**
_____                           _____
        Date                                                              **Signature of Authorized Individual**

    Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. § 152 and 3571.