# UNITED STATES BANKRUPTCY COURT
## Southern District of California

| In Re: | Premier Golf Properties, LP | Case No. | 11-07388-PB11 |
|---|---|---|---|
| | **Debtor** | | (if known) |
| | | Chapter | 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | Patrick O'Connor<br>5465 Grossmont Center Dr 3 FLR<br>La Mesa CA 91942 | | | Unliquidated | $80,000.00 |
| 2 | Christine Brewer<br>c/o Mark Brisebois<br>2488 Historic Decatur Rd Ste 200<br>San Diego CA 92106 | | | Unliquidated | $50,000.00 |
| 3 | John Graves<br>c/o Geroge L de la Flor<br>8355 La Mesa Blvd<br>La Mesa CA 91941 | | | | $9,000.00 |
| 4 | US Foodservice<br>PO Box 1749<br>Vista CA 92085 | | | | $8,692.12 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 5 Seal Electirc Inc<br>1162 Greenfield Dr<br>El Cajon CA 92021 | | | | $7,191.45 |
| 6 Pacific Lawn Mower Works<br>5831 El Cajon Blvd<br>San Diego CA 92115 | | | | $6,905.10 |
| 7 Events with Pizazz!<br>1120 Washington Heights Place<br>El Cajon CA 92019 | | | | $5,882.52 |
| 8 Otay Water District<br>PO Box 51375<br>Los Angeles CA 90051-5675 | | | | $4,214.40 |
| 9 Crest Beverage LLC<br>Dept 8536<br>Los Angeles CA 90084-8536 | | | Unliquidated | $3,308.65 |
| 10 Tri-City Linen - Banquet<br>PO Box 60430<br>Los Angeles CA 90060-0430 | | | | $3,229.62 |
| 11 State Water Resources Control Board<br>PO Box 1888<br>Sacramento CA 95812-1888 | | | | $3,168.00 |
| 12 Amerigas<br>PO Box 78829<br>Pasadena CA 91109-7155 | | | | $3,082.99 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 13 Otay Water District<br>PO Box 51375<br>Los Angeles CA 90051-5675 | | | | $2,118.60 |
| 14 Anheuser Busch<br>PO Box 80758<br>San Diego CA 92138 | | | | $1,994.15 |
| 15 Nike USA<br>PO Box 847648<br>Dallas TX 75284-7648 | | | Unliquidated | $1,990.55 |
| 16 Otay Water District<br>PO Box 51375<br>Los Angeles CA 90051-5675 | | | | $1,885.84 |
| 17 Young's Market Company<br>PO Box 30145<br>Los Angeles, CA 90030-0145 | | | | $1,747.01 |
| 18 EnviroMine Inc<br>3511 Camino Del Rio South<br>Suite 403<br>San Diego CA 92108 | | | | $1,665.90 |
| 19 Terry Lembcke<br>c/o Michael M. Freeland, Esq.<br>5575 Lake Park Way, Suite 104<br>La Mesa, CA 91942 | | | Unliquidated | $1,562.50 |
| 20 Tri-City Linen - Kitchen<br>PO Box 60430<br>Los Angeles CA 90060-0430 | | | | $1,229.14 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, the undersigned authorized agent of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

05/16/2011
Date

X /s/ Daryl C. Idler
Signature of Authorized Individual

Daryl C. Idler, Secretary, Premier Golf Property Management
Printed Name and Title